# EXHIBIT A

## 2016 Chevrolet Volt

October 20, 2022 **NHTSA ID NUMBER: 11490223**
**Components: ELECTRICAL SYSTEM, ENGINE**
**NHTSA ID Number:** 11490223

**Incident Date** September 26, 2022

**Consumer Location** LAKEWOOD, OH

**Vehicle Identification Number** 1G1RD6S50GU****

**Summary of Complaint**

While on a road trip, we were traveling on a rural highway at roughly 55 mph. We received a warning message on the dashboard stating that "Propulsion power was reduced" and the engine began running rough, with surging noticeable based on throttle position. We also noted that engine temperature was rising above what was typical for the vehicle. The vehicle was able to maintain highway speed, and we were able to limp the vehicle to a safe location. Based on a web search, we were able to diagnose the issue (a failed EGR valve) as well as a way to limp the vehicle to a local dealership. They made a change that allowed us to limp home safely (unplug the EGR valve's electrical connector and replace the blown fuse under the hood). The vehicle was taken to a Chevy dealership when we made it home. The failure we had diagnosed was confirmed, and the component was replaced. The repair was not covered under warranty, and cost a significant sum to repair (1139.91). Additionally, this appears to be a very, very common failure for this make and model of vehicle- to the point where there is so much demand for this repair to be performed that these components (the EGR valve specifically) are difficult to obtain from Chevy. Additionally, the failure mode is such that when the EGR valve fails, it pulls excessive currents, and blows a fuse that also controls a number of important engine cooling components, leaving engine cooling significantly compromised. If we had been going faster, or if the weather was warmer, or if the load inside the vehicle was heavier, it would have been easy to overheat the gas engine and leave us stranded. I am concerned about the incidence rate of the failure, (based on online reports) the relative small number of miles on the vehicle when the failure occurred, (~57k) and the possible knock-on effect of the failure of the gas engine's ability to cool itself due to a relatively unrelated failure.

September 26, 2022 **NHTSA ID NUMBER: 11486527**
**Components: ELECTRICAL SYSTEM**
**NHTSA ID Number:** 11486527

**Incident Date** September 12, 2022

**Consumer Location** PAGOSA SPRINGS, CO

**Vehicle Identification Number** 1G1RC6S52GU\*\*\*\*

**Summary of Complaint**

The contact owns a 2016 Chevrolet Volt. The contact stated while driving 55 MPH, the battery level indicator was fluctuating up and down and then the instrument panel went blank. The vehicle was not diagnosed. The manufacturer was contacted and stated that the vehicle needed to be diagnosed. A case was filed. The failure mileage was 160,800.

January 25, 2022 **NHTSA ID NUMBER: 11448862**
**Components: ELECTRICAL SYSTEM, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11448862

**Incident Date** January 13, 2022

**Consumer Location** RICHARDSON, TX

**Vehicle Identification Number** 1G1RD6S59GU\*\*\*\*

**Summary of Complaint**

I have a 2016 volt bought from NYC and I am the first owner currently residing in TX. My volt currently has mileage of 30,020 but this propulsion power will be reduce error has been shown since last 100 miles or so, my commune is usually under 5 miles a day so I rarely use gas however recently due to work I have to commune pretty far for a week and relied more on gas and this error popup during on of the commune. (It slowed my car down significantly while on highway and eventually stop with message on the console says engine offline) With the following error codes found: P0031 P0054 P0030 P0135 P0403 P0405 P0443 P0458 P0489 P0597 P0598 P06DA P06DB P0AC4 P0030 This car barely has much gas mileages as it was primarily on electric, but this failure on highway comes suddenly.

January 28, 2020 **NHTSA ID NUMBER: 11302596**
**Components: POWER TRAIN, ELECTRICAL SYSTEM**
**NHTSA ID Number:** 11302596

**Incident Date** January 17, 2020

**Consumer Location** BONITA, CA

**Vehicle Identification Number** 1G1RD6S52GU****

**Summary of Complaint**

THIS IS AN UPDATE TO MY ORIGINAL COMPLAINT #:11299056 FOR UN-
COMMANDED ACCELERATION ON 1/13/2020. THE CHEVY DEALERSHIP
WORKED WITH GM CORPORATE ENGINEERS AND WERE UNABLE TO
DUPLICATE THE PROBLEM AFTER SEVERAL DAYS. THE RETURNED
THE CAR AND BLAMED IT ON THE FLOOR MAT. THIS IS NOT LIKELY
SINCE THE MAT IS A OEM HEAVY RUBBER MAT AND THE
ACCELERATOR PEDAL DOES NOT REST ON THE FLOOR BOARD. SINCE
THE CAR WAS RETURNED AND DRIVING FOR WEEKS, I NOTICED THE
BATTERY RANGE WILL NOT CHARGE MORE THAN 49 MILES OF
ELECTRICAL CHARGE WHEN IT OFTEN CHARGED UP INTO THE 50-60
MILE RANGE PRIOR TO THE INCIDENT. I'VE BEEN DRIVING THE CAR IN
SLOWER HEAVY TRAFFIC LATELY AND THIS DRIVING STYLE OFTEN
INCREASES ELECTRIC MILEAGE RANGE AFTER A FULL NIGHTS
CHARGE. IT WILL NOT DO SO ANYMORE EVEN THOUGH THE ECONOMY
MANAGEMENT SCREEN INDICATE MAXIMUM RANGE ECONOMY OF
OVER 250 MPG. I'M A RETIRED GAS TURBINE MECHANIC AND I KNOW
A PROBLEM WHEN I EXPERIENCE ONE. I SUSPECT THAT A BATTERY
CELL MAY HAVE HAD AN UNCONTROLLED DISCHARGE AND IS NO
LONGER ABLE TO ACCEPT A RECHARGE. I HAVE RELAYED THIS
INFORMATION TO THE DEALER. NO RESPONSE YET.

June 11, 2019 **NHTSA ID NUMBER: 11219395**

**Components: ELECTRICAL SYSTEM**
**NHTSA ID Number:** 11219395

**Incident Date** June 11, 2019

**Consumer Location** IRVINE, CA

**Vehicle Identification Number** 1G1RD6S58GU****

**Summary of Complaint**

VEHICLE AIR CONDITION STOPPED WORKING WHILE DRIVING, CHECK
ENGINE LIGHT CAME ON. MESSAGE FROM ONSTAR READS: AN ISSUE
WITH THE LITHIUM-ION BATTERY IN YOUR 2016 CHEVROLET VOLT
HAS BEEN DETECTED. PLEASE SERVICE YOUR VEHICLE WITHIN 1 DAY.

July 23, 2018 **NHTSA ID NUMBER: 11113086**
**Components: ELECTRICAL SYSTEM**
**NHTSA ID Number:** 11113086

**Incident Date** July 20, 2018

**Consumer Location** ALBANY, CA

**Vehicle Identification Number** N/A

**Summary of Complaint**

TL* THE CONTACT OWNS A 2016 CHEVROLET VOLT. WHILE DRIVING 55
MPH, THE VEHICLE LOST POWER WITHOUT WARNING. THE VEHICLE
WAS TOWED TO THE DEALER (F H DAILEY CHEVROLET, 900 MARINA
BLVD, SAN LEANDRO, CA 94577), BUT THE FAILURE COULD NOT BE
DUPLICATED. THE VEHICLE WAS NOT REPAIRED. THE
MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE
MILEAGE WAS 13,000. THE VIN WAS NOT AVAILABLE.

## 2017 Chevy Volt

September 22, 2022 **NHTSA ID NUMBER: 11485815**
**Components: ELECTRICAL SYSTEM, ENGINE, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11485815

**Incident Date** September 18, 2022

**Consumer Location** MURRIETA, CA

**Vehicle Identification Number** 1G1RC6S51HU****

**Summary of Complaint**

Traveling from Mexico ,we just got into yuma Arizona heading towards the 8 freeway when my volt displayed reduced propulsion and the engine light came on and the car lost power while driving on the road we had to let the car drift into a parking lot. We let the cat sit for a several minutes and the engine started up but was running hard. After that it ran a little so we decided to rent a uhaul and car hauler to get the car home. Before this happened We were about to head back to California and we were stranded there until we got an Uber to the uhaul place and rented a truck and car hauler, the car would stay on long enough for us to drive it up on the ramp so we had to push the car to get it up there. We finally did and 24 hours later we made it home hauling the cars a 3 hour ride home was turned into a nightmare. Apparently this is serious problem if the car would have stopped a while we were driving through Joshua Tree we would have been stranded on the side of the narrow road in the dark, Or on a major free way, This problem is a safety hazard to all Volt owners and it has been known and reported to happen countless of times so why is there no recall of these vehicles for this problem, people's lives are in danger, this could have turned out way worst, thank God He saved us from what could have happened. My dealer says that they are not sure what caused it and that we may have to pay for repairs. This is unacceptable because there is an obvious problem with this vehicle

September 18, 2022 **NHTSA ID NUMBER: 11485013**
**Components: ELECTRICAL SYSTEM, UNKNOWN OR OTHER,**
**FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11485013

**Incident Date** August 3, 2022

**Consumer Location** ALBUQUERQUE, NM

**Vehicle Identification Number** 1g1ra6s59hu****

**Summary of Complaint**

At approximately 61,500 miles my Chevy Volt would not start. I had it towed to a repair facility who determined the problem was a faulty BECM (Battery Energy Control Module), but that it would still be covered by the manufacturer's warranty. So I had the vehicle towed to a dealership. The vehicle has been at the dealership for six weeks as of the time I write this, but report they have yet to diagnose the problem or offer a solution. Doing research online I have found that BECM failure is a common problem among the Chevy Volt, of all model years. And due to "supply chain disruptions" people are having to wait weeks to months for their vehicle to be repaired. Fortunately my vehicle did not fail in a dangerous location, however the BECM failure could happen randomly at any time at any mileage and appears to be a design flaw. Fortunately my vehicle is still covered by the manufacturer's warranty, but in my opinion, repair should be extended to all Chevy Volts.

September 17, 2022 **NHTSA ID NUMBER: 11485009**
**Components: ELECTRICAL SYSTEM, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11485009

**Incident Date** May 28, 2022

**Consumer Location** WOODINVILLE, WA

**Vehicle Identification Number** 1G1RC6S51HU****

**Summary of Complaint**

BECM failure caused vehicle to lose propulsion. Could have stopped working in a dangerous situation such as an intersection, steep hill, or railroad tracks.

August 21, 2022 **NHTSA ID NUMBER: 11480405**
**Components: ELECTRICAL SYSTEM, ENGINE, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11480405

**Incident Date** May 15, 2022

**Consumer Location** IPSWICH, MA

**Vehicle Identification Number** 1G1RC6S54HU****

**Summary of Complaint**

This is related to a long-standing issue with the failure of the Battery Energy Control Module (BECM) (part #242969-00) for the 2017 Chevrolet Volt, as well as a lack of availability of the replacement part. This is a documented problem in the NTSA database since 2016. The vehicle error messages on the dashboard include "unable to charge", "shift to park to start", "reduced propulsion acceleration may be limited". The internal combustion engine engages even with a full battery charge on an intermittent basis. Only after turning the car off and on several times or later the next day, would the problems resolve. In several instances, there was a lack of power transfer to the wheels when in drive mode and traveling on roadways, and the car had to be turned off and on to resolve this problem. The car has been inspected by a Chevrolet dealer to confirm the BECM is failing and needs to be replaced. The replacement BECM was ordered by the dealer 7 June, 2022, and neither GM or the dealer will provide a delivery date for the part. A number of postings on www.gm-volt.com reported 2017 Volts would no longer turn on or would lose power when being driven, could not be driven, and had to be towed. The NTSA database indicates approximately 250 complaints have been filed for 2017 Volts that include vehicle error messages on the dashboard for "unable to charge", "shift to park to start", "reduced propulsion acceleration may be limited" and loss of power while driving. Although no accidents or deaths were reported, this is clearly a serious safety issue that NTSA should address immediately with a mandatory safety recall.

August 3, 2022 **NHTSA ID NUMBER: 11477470**
**Components: ELECTRICAL SYSTEM, ENGINE, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11477470

**Incident Date** February 14, 2022

**Consumer Location** SPRINGFIELD, IL

**Vehicle Identification Number** 1G1RB6S56HU****

**Summary of Complaint**

When attempting to engage the vehicles drive system, it would occasionally fail to recognize the propulsion system battery. This could potentially leave someone stranded in dangerously high or low temperature environments without food or water. Powering off the vehicle and then powering the vehicle back on would sometimes fix the issue. The issue occurred very randomly and was unable to be reproduced once working again. It would continue to happen more frequently and require more tinkering to get it working until almost complete failure. This appears to be a common issue and found to be the result of a failed BECM (battery energy control module). It triggers the check engine light and a series of trouble codes. It is estimated that the replacement of this module takes roughly five hours. Unfortunately, supply chain issues have recently resulted in owners being without their vehicle for multiple months with no loaner vehicles available and no additional compensation. See discussion https://www.gm-volt.com/threads/becm.343297/

July 15, 2022 **NHTSA ID NUMBER: 11474143**
**Components: POWER TRAIN, ENGINE, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11474143

**Incident Date** July 14, 2022

**Consumer Location** LAKEPORT, CA

**Vehicle Identification Number** 1G1RD6S55HU****

**Summary of Complaint**

from all my reading and my own knowledge and what I have read on forums from others who have had the same issue, this problem is due to the cars BECM (battery

energy control module) going bad unexpectedly. apparently this has happened to many other people driving the generation 2 Chevy volt at varying mileages. On the highway on her way home from work, my wife experienced a large loss of power and the car started shuddering and switching between the electric and gas powertrain as well as slowing down quite a bit. the dash showed a notification of "propulsion power reduced". the car also lost power to many of its accessories. she ended up having to pull over on the side of a busy highway and turn the car on and off again till it would finally work and managed to limp it home along back roads. if she had not had a shoulder to pull on to she would have been stuck in the middle of the highway. the car had absolutely zero issues before this, but since the incident has had a check engine light illuminated and is unable to charge unless the codes are reset. it is drivable again after getting some codes cleared but as it poses a serious hazard we are trying to find a temporary car till we can get this fixed. our car has about 100900 miles on it, but these failures happen as soon as 25k-50k on a lot of vehicles. it has not been inspected by anyone yet as it happened yesterday.

**May 30, 2022 NHTSA ID NUMBER: 11466630**
**Components: POWER TRAIN, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11466630

**Incident Date** May 6, 2022

**Consumer Location** CORPUS CHRISTI, TX

**Vehicle Identification Number** 1G1RC6S57HU****

**Summary of Complaint**

2016-2018 Volts are have a hung issues with the Battery Engine Control Module (BECM). When it fails, the car stops driving and will shift itself to park. Mine lucky failed when I was stopped but the car is unable to move when it fails. It will not drive on the motor or the battery.

**May 27, 2022 NHTSA ID NUMBER: 11466378**
**Components: ELECTRICAL SYSTEM, SERVICE BRAKES,**
**FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11466378

**Incident Date** May 1, 2022

**Consumer Location** GARLAND, TX

**Vehicle Identification Number** 1g1rb6s58hu****

**Summary of Complaint**

On 2 difference occasions over the past 3 weeks, my car has malfunctioned while I was driving. There were no warning lamps, messages or other symptoms prior to this. All of the lights on the dash came on, the power steering went out, the brakes would not work properly and I could not accelerate. I had my child in the car and we narrowly avoided being hit by other cars both times since I couldn't control the vehicle. I couldn't even power the car down initially but was finally able to turn it off and back on and function resumed after several cycles. I was driving on electric battery that time. The first time, the dealership stated that the following codes were present: P1e00 and P16BA. They replaced the g1 a/c compressor. The incident occurred again a week later when I was driving on gas. At that time, there were history U codes present for every module, per the technician but no current codes to identify the problem. The problem has not been able to be reproduced since. The 2nd incident occurred out of state and my car was towed back to Texas where I live. The dealership there refused to investigate the incidents since they couldn't reproduce them and there were no current codes showing. It has subsequently been towed to a different dealership where they are still trying to identify the issue. I contacted General Motors and was contacted by a rep who escalated the issue. The next rep escalated it again greater than 48 hours ago and I have received no further contact from GM. The 2nd rep informed me that since the dealership that it was originally at says that it's safe to drive that they can't do anything. This car is NOT safe to drive.

May 14, 2022 **NHTSA ID NUMBER: 11464632**
**Components: FUEL/PROPULSION SYSTEM**

**NHTSA ID Number:** 11464632

**Incident Date** April 18, 2022

**Consumer Location** NEW CASTLE, DE

**Vehicle Identification Number** 1G1RD6S55HU****

**Summary of Complaint**

While driving in the EV-mode in a traffic the car suddenely lost its ability to accelerate. The ICE started, the CHECK ENGINE icon appeared. I managed to park in the right lane with hazard lights flashing, but my car caused a traffic jam. The battery showed its present capacity, but the drive mile estimation showed only 1 mile. After some shutoffs/starts I managed to get home. This happened one more time after a day or two. It could cause a collision from behind as again the car lost its propulsion ability unexpectedly.

April 24, 2022 **NHTSA ID NUMBER: 11461946**
**Components: ELECTRICAL SYSTEM, ENGINE, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11461946

**Incident Date** April 24, 2022

**Consumer Location** ROSEVILLE, CA

**Vehicle Identification Number** 1G1RC6S54HU****

**Summary of Complaint**

I was driving 65 miles per hour on the freeway and suddenly my car lost propulsion. A light came on that said the car had lost propulsion and I had no power to keep driving on the freeway. Luckily, I was able to get to the side of the road without getting hit by other cars, but it was a close call and very scary. I had it towed to the dealership and they could not find any problem with it after investigating for an entire week. They gave it back without any repairs because it was apparently working fine for the dealership. This same problem happened again about 6 months later as I was driving up a long hill. Again, it was a scary close call to get to the side of the road safely. This time I just turned the car off and let it sit for awhile. Then I turned it back on and everything seemed to be running just fine. This is a major safety problem. I'm now afraid to drive this car and no one seems to know how to fix the problem!

March 31, 2022 **NHTSA ID NUMBER: 11459128**
**Components: POWER TRAIN, FUEL/PROPULSION SYSTEM**

**NHTSA ID Number:** 11459128

**Incident Date** January 18, 2022

**Consumer Location** PORTLAND, OR

**Vehicle Identification Number** 1G1RD6S58HU****

**Summary of Complaint**

My car, like many other 2nd Gen Volts, experienced a BECM failure that resulted in two events where the car unexpectedly lost all propulsion power and came to an uncontrolled stop. I believe the electric power steering was also disabled in both events. Luckily these events both occurred at low speeds, not on a crowded highway, as I do not believe this failure would allow the driver to get to the shoulder. The car was immobilized after both events and needed to be reset to drive home in a 'reduced propulsion' limp mode. There were not, to my knowledge, any warnings, CELs, etc. before the first event. The car has been with the local Chevy dealership for over two months waiting on part availability, as this is a common failure. It appears from online discussion that this is extremely common on this year and make.

## 2018 Chevrolet Volt

October 25, 2022 **NHTSA ID NUMBER: 11490766**
**Components: FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11490766

**Incident Date** October 17, 2022

**Consumer Location** MEDINA, OH

**Vehicle Identification Number** 1G1RC6S59JU****

**Summary of Complaint**

Although the battery showed fully charged, the vehicle was not using battery power. At various points I would receive a "propulsion power reduced warning" and the car would lose power. I was driving on 2-lane windy country roads with no passing zones and lots of hills. At one particularly steep hill, I received the warning light and the car started lowing power again. By the time I reached the crest, the car had nearly come to a complete standstill. I have no doubt had I not reached it at that point, the car would have lost all power and begun rolling backward. The speed limit on this road is 55mph with several blind curves and hills, so the potential for a serious collision was great had it begun to roll back. When I reached my destination and turned off the car and restarted it again, it would only shift to neutral. It is now at the dealership where it was diagnosed as needing the BECM replaced.

October 22, 2022 **NHTSA ID NUMBER: 11490389**
**Components: ELECTRICAL SYSTEM, ENGINE, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11490389

**Incident Date** October 20, 2022

**Consumer Location** CARBONDALE, PA

**Vehicle Identification Number** 1G1RC6S52JU****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

To begin, I will set the scene of my experience. I was traveling east bound on 84 in northeast PA on my way to Long Island for work meetings that day. I was about one hour and a half away from my home at roughly 6am. I was traveling at apx. 70 mph when my car suddenly says "engine unavailable, reduced propulsion." and the fueld tank turned yellow in color on my dashboard. Then a sign said "service soon." My car then COMPLETELY STOPPED WORKING. My speed fell from 75 mph or so to 0 in a matter of a minute, I had no idea what was happening because there were no appropriate warnings such as, "Pull over immediately" or "SAFETY CONCERN PLEASE GET OFF THE HIGHWAY" -I would have taken anything to know that this was an actual emergency and I needed to at least get to a shoulder. I luckily was able to come to a stop mostly off the highway in a shoulder. I was located around a bend, in the pitch black, unable to stay in my car out of fear I would be smashed by a tractor trailer or car that did not see my car suddenly stopped. The car would not go in neutral or anything other than park and I left the hazards on (they eventually failed). I called my husband who drove to me while I stood on the side of the highway for an hour and a half in 30 degree weather. I called the police who were eventually able to put up flares and mark me as a hazard on the road. If there was a car traveling behind me, I would have been killed or seriously injured because I slowed so suddenly and had no way of knowing that this was an absolute emergency. The worst part is that this is the second BECM failure in my volt and I have driven less than 1000miles since it was repaired the first time (which took >5 months). The first time this happened my car was on a quiet town road and my brother who was driving just parked and had it towed. He hadn't thought there were any warnings but he wasn't sure. This time, I could have been smashed on the hwy with little to no warning. I can't believe Im alive.

October 6, 2022 **NHTSA ID NUMBER: 11488235**
**Components: POWER TRAIN, ENGINE, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11488235

**Incident Date** August 23, 2022

**Consumer Location** LINDEN, MI

**Vehicle Identification Number** 1G1RB6S59JU****

**Summary of Complaint**

Reduc d propulsion power warning while driving in EV mode. ICE started and was able to make it 1/2 mile home. Failure diagnosed to a faulty BECM. Has been at the dealer for 1 month today with no word on when the part or repair will be done.

July 9, 2022 **NHTSA ID NUMBER: 11473027**
**Components: ELECTRICAL SYSTEM, ENGINE**
**NHTSA ID Number:** 11473027

**Incident Date** June 27, 2022

**Consumer Location** COLUMBUS, OH

**Vehicle Identification Number** 1G1RD6S58JU****

**Summary of Complaint**

BECM failed upon startup. Pressed start and vehicle appeared to turn on. Shifted into reverse but there was no motor power and I began to roll backwards down the driveway. Started the vehicle again and then the engine came on and a reduced propulsion message appeared.

November 22, 2021 **NHTSA ID NUMBER: 11441303**
**Components: FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11441303

**Incident Date** November 19, 2021

**Consumer Location** NORWALK, CA

**Vehicle Identification Number** 1g1rc6s52ju****

**Summary of Complaint**

While driving, message suddenly pops up on the dashboard "propulsion power is reduced." Check engine light is light on.

April 12, 2021 **NHTSA ID NUMBER: 11407740**
**Components: ELECTRICAL SYSTEM, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11407740

**Incident Date** March 31, 2021

**Consumer Location** SUNNYVALE, CA

**Vehicle Identification Number** 1G1RD6S59JU\*\*\*\*

**Summary of Complaint**

NTSB SHOULD REQUIRE A RECALL OF CERTAIN CHEVROLET VOLTS. AS AN OWNER I RECEIVED A LETTER FROM CHEVROLET STATING THAT MY VOLT 'MAY HAVE A CONDITION WHERE IT COULD GRADUALLY LOSE THE ABILITY TO MAINTAIN VOLTAGE. IF BATTERY CONCERNS ARE NOT ADDRESSED, OVER TIME THE VEHICLE COULD ENTER A REDUCED PROPULSION MODE WHILE DRIVING, OR LOSE PROPULSION, OR IT MAY NOT START.' LOSING PROPULSION WHILE DRIVING IS A SERIOUS SAFETY ISSUE, AND WARRANTS A RECALL. GARY BAILEY

## 2019 Chevrolet Volt

October 1, 2022 **NHTSA ID NUMBER: 11487388**
**Components: ELECTRICAL SYSTEM**
**NHTSA ID Number:** 11487388

**Incident Date** August 9, 2022

**Consumer Location** YARDLEY, PA

**Vehicle Identification Number** 1G1RD6S58KU****

**Summary of Complaint**

Car just stops when the battery control module stops working. Potential to leave us stranded in traffic. Confirmed as a defective part by the dealer.

December 28, 2018 **NHTSA ID NUMBER: 11163841**
**Components: POWER TRAIN, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11163841

**Incident Date** December 24, 2018

**Consumer Location** LAS VEGAS, NV

**Vehicle Identification Number** 1G1RA6S59KU****

**Summary of Complaint**

BRAND NEW CAR SUDDENLY STALLED WHILE DRIVING - STILL HAD ABOUT 10 EV MILES LEFT AND A FULL TANK OF GAS WHEN IT HAPPENED, TRAVELING STRAIGHT AT AROUND 45MPH. MESSAGES DISPLAYED ON DASH TELLING ME "PROPULSION POWER REDUCED TO 0" AND "SHIFT TO PARK", GIVING ME ABOUT 30 SECONDS TO PULL OVER BEFORE IT COMPLETELY STOPPED. RESTARTED CAR SEVERAL TIMES, BUT "INITIALIZING WAIT TO SHIFT" AND "PROPULSION POWER REDUCED" MESSAGES DISPLAYED, AS WELL AS CHECK ENGINE LIGHT. CAR WOULD NOT SHIFT OUT OF PARK, EVEN TO NEUTRAL. LUCKILY I WAS ON A QUIET CITY STREET AT NIGHT AND NOT ON THE FREEWAY, AS THIS COULD HAVE BEEN EXTREMELY DANGEROUS. ON STAR

SERVICE HAD ME TOWED TO DEALERSHIP, WHOSE SERVICE DEPARTMENT SAID IT WAS A FAULTY PART IN THE ELECTRIC ENGINE CHARGING MODULE. THEY WILL REPLACE THE PART. HOWEVER, SINCE HAVING THIS ISSUE I HAVE READ OF COUNTLESS OTHER SIMILAR SITUATIONS ON PREVIOUS VOLT MODELS, WITH SUDDEN STALLING AND "PROPULSION POWER REDUCED" MESSAGES. IT IS SO COMMON THERE IS A PINNED MESSAGE ABOUT IT ON THE VOLT INTERNET FORUMS, AND I HAVE READ SEVERAL PREVIOUS NHTSA COMPLAINTS. IT SEEMS ALL TOO COMMON AND I BELIEVE IS SOMETHING THAT SHOULD BE INVESTIGATED AS IT COULD CAUSE SERIOUS INJURY OR DEATH DEPENDING ON WHERE/WHEN IT HAPPENS. IF IT WAS A KNOWN FAULT ON PREVIOUS VOLT MODELS IT SHOULD HAVE BEEN FIXED IN THE 2019 VERSION.